**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 1 3 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr117-MHT |
| ) | [18 USC 924(c)(1)(A); |
| DANIEL MINCHEW ) | 21 USC 841(a)(1)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 30th day of August, 2006, in Montgomery County, Alabama, within the Middle District of Alabama,

DANIEL MINCHEW,

defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 30th day of August, 2006, in Montgomery County, Alabama, within the Middle District of Alabama,

DANIEL MINCHEW,

defendant herein, did knowingly and intentionally possess with intent to distribute dihydrocodeinone (hydrocodone), a Schedule III Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 30th day of August, 2006, in Montgomery County, Alabama, within the Middle District of Alabama,

DANIEL MINCHEW,

defendant herein, knowingly used and carried three firearms, during and in relation to and possessed three firearms in furtherance of, a drug trafficking offense for which he may be prosecuted in a Court of the United States as charged in Count 1 and Count 2 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION - 1

A.　Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.　Upon conviction for any violation as alleged in Counts 1 and 2 of this indictment, the defendant,

DANIEL MINCHEW,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the alleged violations.

C.　If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

　　(1) cannot be located upon the exercise of due diligence;

　　(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

### FORFEITURE ALLEGATION - 2

A. Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation as alleged in Count 3 of this indictment, the defendant,

DANIEL MINCHEW,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 924.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

4