CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-00753-LTW All Defendants

Case title: USA v. Minchew
Other court case number: 2:07-cr-117-MHT USDC/MDAL

Date Filed: 07/03/2007
Date Terminated: 07/03/2007

Assigned to: Judge Linda T. Walker

**Defendant**

**Daniel Minchew (1)**
*TERMINATED: 07/03/2007*

represented by **Daniel Minchew**
6467 Wright Circle
Sandy Springs, GA 30328
*PRO SE*

**Nicole M. Kaplan**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Nicole_Kaplan@FD.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

**Disposition**

21:841(a)(1) MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE

**Plaintiff**

USA                                                  represented by **Gentry* Shellnut**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2007 | | Arrest (Rule 40) of Daniel Minchew (smg) (Entered: 07/09/2007) |
| 07/03/2007 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Nicole M. Kaplan for Daniel Minchew. Signed by Judge Linda T. Walker on 7/3/07. (smg) (Entered: 07/09/2007) |
| 07/03/2007 | 2 | Minute Entry for proceedings held before Judge Linda T. Walker : Initial Appearance in Rule 5(c)(3) Proceedings as to Daniel Minchew held on 7/3/2007. Defendant waives Identity Hearing. Waiver filed. Bond Hearing held, Bond set at $25.000.00 SURETY. Bond filed. Defendant released. (Attachments: # 1 Court Document from MD/Alabama) (Tape #LTW 07 - 26 @ 972.) (smg) (Entered: 07/09/2007) |
| 07/03/2007 | 3 | WAIVER of Rule 40 Hearings by Daniel Minchew (smg) (Entered: 07/09/2007) |
| 07/03/2007 | 4 | Surety Bond Entered as to Daniel Minchew in amount of $ 25,000.00, Surety: A-Rapid Bonding Co., 196 Peachtree Street, Atlanta, GA 30303 (Attachments: # 1 Power of Attorney)(smg) (Entered: 07/09/2007) |
| 07/03/2007 | 5 | ORDER Setting Conditions of Release, with standard and special conditions of release, as to Daniel Minchew. Signed by Judge Linda T. Walker on 7/3/07. (smg) (Entered: 07/09/2007) |
| 07/03/2007 | | Magistrate Case Closed. Defendant Daniel Minchew terminated. (smg) (Entered: 07/09/2007) |
| 07/09/2007 | 6 | Transmitted Rule 5(c)(3) Documents as to Daniel Minchew, sent to USDC/MDAL, Montgomery Division via certified mail, rrr. Original file with Bond Papers and certified copy of docket sheet. (smg) (Entered: 07/09/2007) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 07/09/2007 12:53:12 |||
| PACER Login: | us4894 | Client Code: |

| Description: | Docket Report | Search Criteria: | 1:07-mj-00753-LTW |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL MINCHEW,

    Defendant.

CASE NO. 1:07-MJ-753

### ORDER APPOINTING COUNSEL

NICOLE KAPLAN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 3RD day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT
DATE: 07/03/07 @ 4:55 pm
TAPE: LTW 07-26 @ 972
TIME IN COURT: 15 minutes

MAGISTRATE JUDGE: LINDA T. WALKER
CASE NUMBER: 1:07-mj-753
AUSA: Gentry Shellnut
USPO / PTR: 
COURTROOM DEPUTY CLERK: Sonya Coggins
DEFENDANT'S NAME: Daniel Minchew
DEFENDANT'S ATTY: Nicole Kaplan
( ) Retained    ( ) CJA    (X) FDP    ( ) Waived

____ ARREST DATE ____

__X__ Initial appearance hearing held.
____ Interpreter sworn:
____ Defendant informed of rights.

### COUNSEL

__X__ ORDER appointing Federal Defender as counsel for defendant.
____ ORDER appointing _____ as counsel for defendant.
____ ORDER: defendant to pay attorney's fees as follows:

### IDENTITY / PRELIMINARY HEARING

__X__ Defendant WAIVES identity hearing.
____ Identity hearing HELD.    ____ WAIVER FILED
____ Def is named def. in indictment/complaint; held for removal to other district.
____ Defendant WAIVES preliminary hearing in this district only.    ____ WAIVER FILED
____ Preliminary hearing HELD.    ____ Probable cause found; def. held to District Court for removal to other district
____ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed. Pretrial hearing set for _____ @ _____
____ Pretrial hearing set for _____ @ _____    ( __ In charging district.)
____ Bond/Pretrial detention hearing held.
____ Government motion for detention ( ) GRANTED ( ) DENIED
____ Pretrial detention ordered.    ____ Written order to follow.
__X__ BOND set at $25,000.00    ____ NON-SURETY    __X__ SURETY
____ cash    ____ property    ____ corporate surety ONLY
____ SPECIAL CONDITIONS:

__X__ Bond filed. Defendant released.
____ Bond not executed. Defendant to remain in Marshal's custody.
____ Motion ( ___ verbal) to reduce/revoke bond filed.
____ Motion to reduce/revoke bond    ____ GRANTED    ____ DENIED
____ See page 2

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

__DANIEL MINCHEW__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:07-MJ-753

CHARGING DISTRICTS
CASE NUMBER: 2:07-CR-117-MH

I understand that charges are pending in the __MIDDLE__ District of __ALABAMA__ alleging violation of __21:841__
(Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

07/03/2007
Date

_____
Defense Counsel