IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr117-MHT |
| DANIEL MINCHEW | ) | |

## ORDER

It is ORDERED that defendant Daniel Minchew shall appear for **ARRAIGNMENT** in this case on **August 1, 2007, at 9:30 a.m.,** Courtroom 5B, Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama.

Based upon the prior appointment of counsel in the district where the defendant was arrested, the Court finds the defendant eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant during the proceedings currently pending before the court. The Federal Defender's Office is directed to obtain and file a financial affidavit on behalf of the defendant by the August 1, 2007, arraignment date.

DONE, this the 12th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE