RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2007 JUL 27 A 10: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

v.                                                    INDICTMENT NO.

DANIEL MINCHEW,                                        2:07CR117-MHT

    Defendant

## MOTION FOR ORDER ALLOWING
## APPEARANCE OF COUNSEL PRO HAC VICE

COMES NOW the undersigned and pursuant to Local Rule 83.1, moves this

Court to enter an Order allowing his appearance before the Court as counsel for the

Defendant in the above-captioned matter and to represent the Defendant in all

proceedings related thereto before the Court.   In support of said motion, the

undersigned states as follows:

1. Stuart M. Mones is a member in good standing of the State Bar of Georgia

and has been since 2001.  He is a member of the appellate courts in the State of

Georgia, including the Supreme Court of Georgia; and, is admitted to practice in the

United States District Court for the Northern, Middle and Southern Districts of

Georgia as well as the United States Court of Appeals for the Eleventh Circuit.

2.  A Certificate of Good Standing from the United States District Court, Northern District of Georgia, Atlanta Division is attached hereto as Exhibit "A".

3.  The Applicant is not currently suspended or disbarred in any court.

4.  At no time has Applicant been denied admittance to any court ***pro hac vice***.

5.  Applicant certifies that he is familiar with and agrees to abide by the Local Rules of the United States District Court for the Middle District of Alabama.

WHEREFORE, Applicant prays that this Honorable Court issue an Order allowing the special appearance of Applicant as counsel for the Defendant in the above-styled proceedings and that he be notified of any and all matters relating to said proceedings.

Respectfully submitted,

Stuart M. Mones
ATTORNEY FOR DEFENDANT
Ga. Bar No.: 760737

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and

foregoing pleading upon opposing counsel by facsimile transmission, hand

delivery, or by depositing a copy of same in the United States Mail with sufficient

postage attached thereon, addressed as follows:

**Kent B. Brunson**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

This *26th* day of _____*July*_____, 2007.

Stuart M. Mones
ATTORNEY FOR DEFENDANT
Ga. Bar No.: 760737



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                    }
                                            } ss.
NORTHERN DISTRICT OF GEORGIA                }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **STUART MATTHEW MONES, Georgia Bar No. 760737,** was duly admitted to practice in said Court on APRIL 29, 2002 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 26th day of July, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **INDICTMENT NO.**

**DANIEL MINCHEW,**                             **2:07CR117-MHT**

**Defendant**

## ORDER

This case is before the Court on Attorney Stuart M. Mones's Motion to be Admitted *Pro Hac Vice* to practice in this district for the purpose of representing Daniel Minchew in the above-listed case. Mr. Mones's motion, having met the requirements for *Pro Hac Vice* admission under Local Rule 83.1, is hereby GRANTED and Mr. Mones is admitted as counsel of record in this case.

_____
Judge, United States District Court
Middle District of Alabama