IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)    **2:07cr117-MHT**
**DANIEL MINCHEW** )

<u>ORDER</u>

It is ORDERED that the motion for appearance pro hac vice (Doc. No. 10) is granted.

DONE, this the 31st day of July, 2007.

      <u>/s/ Myron H. Thompson</u>
      **UNITED STATES DISTRICT JUDGE**