IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:07cr117-MHT |
| DANIEL MINCHEW ) | |

## **ORDER**

It is **ORDERED** that the **ARRAIGNMENT** of defendant Daniel Minchew is reset for **August 1, 2007 at 10:30 a.m., Courtroom 4A**, Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 31st day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE