IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr117-MHT |
| DANIEL MINCHEW | ) | |

## AMENDED ORDER

It is **ORDERED** that the **ARRAIGNMENT** of defendant Daniel Minchew is reset for **August 8, 2007 at 11:00 a.m.,** in Courtroom 5B, Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 31st day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE