IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-117-MHT |
| | ) | |
| DANIEL MINCHEW | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Michael J. Petersen, and moves this Honorable Court for an Order allowing undersigned counsel to withdraw as counsel for the Defendant, **DANIEL MINCHEW,** in the above-styled case. The Defendant has retained counsel, Stuart M. Mones, Esq., of Atlanta, Georgia, whose Motion for appearance pro hac vice (Doc #10) has been granted by this Honorable Court on this date (Doc #11).

Dated this 31st day of July 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-117-MHT |
| | ) | |
| **DANIEL MINCHEW** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.  I hereby certify that I have served a copy of the foregoing by hand delivery and or  by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed to:

Daniel Minchew
6467 Wright Circle
Sandy Springs, GA 30328


Stuart Matthew Mones, Esq.
Stuart M. Mones PC
146 Nassau Street NW
Atlanta, GA 30303

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M