IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
     v                          )          CRIMINAL ACTION NO.
                                )          2:07CR117-MHT
DANIEL MINCHEW                   )


ORDER

Upon consideration of Counsel's Motion to Withdraw (Doc. 14, filed 7/31/2007, it is

ORDERED that the Federal Defender's Office is relieved of further duties in the representation of the defendant.  It is FURTHER ORDERED Attorney, Stuart M. Mones be designated as counsel to represent the defendant.  All prior orders continue in effect.

DONE this 2nd day of August, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE