```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
    v. )   CR. NO. 2:07cr117-MHT
)
DANIEL MINCHEW )

## NOTICE OF BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 18, United States Code, Section 924(C)(1)(A) as alleged in Count 3 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

    One Walther 9mm Pistol;

    One Glock 9mm Pistol; and,

    One Beretta .22 caliber Pistol.

Respectfully submitted this 17th day of August, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY




                     /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    131 Clayton Street
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

```
                     /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```