IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR117-MHT |
| DANIEL MINCHEW | ) | |

**ORDER**

A hearing on the Motion to Suppress (Doc. 19 filed 8/27/2007) will be held on 11/14/2007, at 10:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A. The United States shall file a response to said Motion to Suppress on or before October 4, 2007.

If the defendant is in custody, the Marshal for the Middle District of Alabama shall take custody of the defendant and produce him for the hearing.

Done this 28th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE