IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07-CR-117-MHT |
| | ) | |
| DANIEL MINCHEW | ) | |
| | ) | |

**ORDER**

The hearing on the Motion to Suppress (Doc. 19) is reset from November 14, 2007 at 10:00 a.m. to **November 15, 2007 at 2:00 p.m.** If the defendant is in custody the Marshal for the Middle District of Alabama shall take custody of the defendant and produce him for the hearing.

DONE this 13th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE