IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07-CR-117-MHT |
| | ) | |
| DANIEL MINCHEW | ) | |
| | ) | |

ORDER

The hearing set for November 26, 2007 at 10:00 a.m. is reset for **November 29, 2007 at 10:00 a.m.** If the defendant is in custody the Marshal for the Middle District of Alabama shall take custody of the defendant and produce him for the hearing.

DONE this 21st day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE