IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                           INDICTMENT NO.
                                                             2:07CR117-MHT
DANIEL MINCHEW,

    Defendant

---

NOTICE OF INTENT TO CHANGE PLEA

---

    Comes now Defendant Daniel Minchew, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty pursuant to written plea agreement. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

    This 27th day of November, 2007.

                                                      Respectfully submitted,

                                                    s/ Stuart M. Mones
                                                    Stuart M. Mones
                                                    ATTORNEY FOR DEFENDANT
                                                    Ga. Bar No.: 760737

146 Nassau Street
Atlanta, Georgia 30303
Tel: 404.522.7402
smm@moneslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I electronically filed the foregoing pleading by filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Kent B. Brunson
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197


s/ Stuart M. Mones
Stuart M. Mones
ATTORNEY FOR DEFENDANT
Ga. Bar No.: 760737