MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:  Mitchell Reisner

❑**ARRAIGNMENT**          x**CHANGE OF PLEA**          ❑**CONSENT PLEA**

❑**RULE 44(c) HEARING**          ❑**SENTENCING**

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *TERRY F. MOORER* | **DEPUTY CLERK:**  *WANDA ROBINSON* |
| **CASE NUMBER:** *2:07cr117-MHT* | **DEFENDANT NAME:** *Daniel Minchew* |
| **AUSA:** *Kent B. Brunson* | **DEFENDANT ATTY:**  *Stuart Matthew Mones* |

**Type Counsel:**     ( ) Waived;  ( x) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** _____

**De fendant** _____ **does** ____x____ **does NOT need and interpreter.**

**Interpreter present?** __x____ **NO** _____ **YES    Name:** _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❑ Not Guilty                              ❑Nol Contendere

          ❑Not Guilty by reason of insanity

          x❑Guilty as to:

               X❑Count(s)_____1, 2_____ of the Felony Indictment.

               X❑Count(s) _____3_____ ❑- dismissed on oral motion of USA;

                              X-to be dismissed at sentencing

**X — ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X— Written plea agreement filed. ❑**OPEN/ORAL** Plea Agreement. ❑**ORDERED SEALED.** ❑ No Plea

                              Agreement entered

 X __ **ORAL ORDER ____REMANDING Deft to USMS _X_RELEASING Deft on same conditions of release**

— _____ Days to file pretrial motions.     ❑ _____ Trial date or term.

 X — **ORDER:** Defendant Continued under x same bond ; ❑ Released on Bond & Conditions of Release

          ❑ summons; for:

❑ Trial on _____;  X- Sentencing    X- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

          ❑ Posting a $_____ Bond;

          ❑ Trial on _____; or ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed.  ❑ Detention requests time to secure new counsel.