```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      CR. NO. 2:07cr117-MHT
                              )
DANIEL MINCHEW                )
```

## MOTION TO STRIKE FORFEITURE ALLEGATION-2

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike "forfeiture allegation-2" from the indictment returned June 13, 2007.

Pursuant to the plea agreement entered November 29, 2007, the firearms seized will be returned to the defendant's father.

A proposed Order is filed herewith.

Respectfully submitted this 16th day of January, 2008.

                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    131 Clayton Street
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr117-MHT |
| | ) | |
| DANIEL MINCHEW | ) | |

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation-2 heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-2 is hereby stricken.

DONE this ____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE