IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr117-MHT |
| | ) | |
| DANIEL MINCHEW | ) | |

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation-2 (doc. no. 32) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-2 is hereby struck.

DONE, this the 16th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE