IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr117-MHT |
| **DANIEL MINCHEW** | ) | |

## ORDER

It is ORDERED that the government's motion to substitute counsel (Doc. No. 34) is granted.

DONE, this the 6th day of March, 2008.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**