```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   **v.** )    CASE NO. 2:07cr117-MHT
)
**DANIEL MINCHEW** )

### O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation-1 (doc. no. 35) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-1 is hereby stricken.

DONE, this the 7th day of March, 2008.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE