| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:07cr117-MHT |
| TRANSFER OF JURISDICTION RECEIVED | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE 2008 JUN 18 A 9:2 | DISTRICT Middle District of Alabama | DIVISION Northern |
|---|---|---|
| Daniel Minchew | NAME OF SENTENCING JUDGE Honorable Myron H. Thompson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Probation | FROM 03/06/2008 | TO 03/05/2013 |

**OFFENSE**

21 U.S.C. 841(a)(1) Possession with Intent to Distribute a Controlled Substance - Count 1
21 U.S.C. 841(a)(1) Possession with Intent to Distribute a Controlled Substance - Count 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Alabama _____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Northern District of Georgia  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/19/2008_
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Georgia _____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/5/08_
*Effective Date*

_____
*United States District Judge*